NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TUWANA ANTHONY,**
*Petitioner,*

v.

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

---

2011-3145

---

Petition for review of the Merit Systems Protection Board in case no. CH0752080323-I-4.

---

## ON MOTION

---

## O R D E R

Tuwana J. Anthony moves for reconsideration of the court's order dated October 5, 2011 dismissing her petiton for review for failure to file a brief. The court notes that Anthony submitted a nonconforming brief with her motion for reconsideration.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion will be granted, the mandate will be re-called, the dismissal order will be vacated, and the petition for review will be reinstated if, within 30 days of the date of filing of this order, Anthony files 12 copies of her corrected brief containing the previously omitted requirements of a blue cover, the nature of proceedings, a certificate of interest, the statement of related cases, the table of authorities and a proportionally spaced face of 14 point or larger that must include serifs.

FOR THE COURT

**DEC 0 7 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Thomas E. Marshall, Esq.
    Cameron Cohick, Esq.

s21

**-FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 0 7 2011**

**JAN HORBALY**
**CLERK**